**92–2529.** Disciplinary Counsel v. Casalinuovo. This cause came on for further consideration upon the filing by respondent, John Anthony Casalinuovo, of an application for termination of probation.

The court coming now to consider its order of June 16, 1993, in which respondent was suspended from the practice of law for two years with the suspension stayed and respondent placed on probation for two years on conditions, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(9).

THEREFORE, IT IS ORDERED by the court, effective July 24, 1995, that the probation of John Anthony Casalinuovo, Attorney Registration No. 0008530, last known address in Akron, Ohio, be, and hereby is, terminated.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

For earlier case, see *Disciplinary Counsel v. Casalinuovo* (1993), 66 Ohio St.3d 367, 613 N.E.2d 177.

**94–1843.** Disciplinary Counsel v. Cargo. This cause came on for further consideration upon the filing by respondent, William Andrew Cargo, of an application for termination of probation.

The court coming now to consider its order of December 7, 1994, in which respondent was suspended for six months, with the suspension stayed and respondent placed on probation on conditions, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(9).

THEREFORE, IT IS ORDERED by the court, effective July 17, 1995, that the probation of William Andrew Cargo, Attorney Registration No. 0043516, last known address in Aurora, Ohio, be, and hereby is, terminated.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

For earlier case, see *Disciplinary Counsel v. Cargo* (1994), 71 Ohio St.3d 87, 641 N.E.2d 1374.

## MISCELLANEOUS DISMISSALS

**95–1443.** Savoie v. Grange Mut. Cas. Co. *Holmes County,* No. 94CA522. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**95–1495.** State v. Robinson. *Hamilton County,* No. C–930949. Appellant has filed an untimely appeal of the court of appeals' decision affirming the trial court's dismissal of his post-conviction petition and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte,* that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.